UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARK MILLER,<br><br>                      Plaintiff,<br><br>v.<br><br>CORRECTIONAL MEDICAL SERVICES, et al.,<br><br>                      Defendants. | Case Nos. 3:01-CV-0268-ECR (RAM)<br>            3:03-CV-0098-RAM (RAM)<br><br>**ORDER** |

The Clerk of Court shall **ISSUE** a refund check in the amount of $373.50 payable to the Nevada Department of Corrections for the benefit of plaintiff, Mark A. Miller, Inmate #44747, for overpayment of filing fees as follows:

    Case No. 3:01-CV-0268-ECR (RAM)    $ 14.90

    Case No. 3:03-CV-0098-RAM (RAM)    $358.60

The Clerk shall **SEND** the check to the Chief of Inmate Services for the Nevada Department of Corrections, P.O. Box 7011, Carson City, Nevada 89702. The Chief of Inmate Services shall credit this amount to plaintiff's inmate account upon receipt.

DATED: August 26, 2015.

ROBERT A. McQUAID, JR.
UNITED STATES MAGISTRATE JUDGE